[No. 10,709.—In Bank.]
July 25, 1882.

## THE PEOPLE *v.* UWAHAH.

EVIDENCE—CONSPIRACY—DECLARATIONS OF CONFEDERATE.

APPEAL from a judgment of conviction and from an order denying a new trial in the Superior Court of the County of Amador. MOORE, J.

*C. B. Armstrong,* for Appellant.

*A. L. Hart,* Attorney-General, for Respondent.

The COURT:

The Court below erred in permitting the witness Davy to testify to statements made by Jim Aleck in reference to the homicide, and implicating the defendant therewith. (See the case of *The People* v. *Aleck, supra.*)

Judgment and order reversed and cause remanded for a new trial.